UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEREMY ROSELLO, AND OTHER
SIMILARLY SITUATED
INDIVIDUALS,

        Plaintiff,

v.

        Case No. 2:24-cv-1035-KCD

CORNERSTONE BUILDERS OF
SW FLORIDA INC., MATTHEW
KARVIS, INDIVIDUALLY;

        Defendants.
_____/

**<u>ORDER</u>**

The parties have filed a Stipulation of Dismissal with Prejudice in this Fair Labor Standards Act case. (Doc. 39.) Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action voluntarily if a stipulation of dismissal is signed by all parties who have appeared. The dismissal is effective on filing and requires no further action by the court. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).[1]

The text of the FLSA does not provide, and no Eleventh Circuit decision has ever held, that FLSA claims are exempt from Rule 41. To the contrary, the Eleventh Circuit has reasoned that the Federal Rules of Civil Procedure apply "in actions brought under the Fair Labor Standards Act no less than in

---

[1] Unless otherwise indicated, all internal quotation marks, citations, and alterations have been omitted in this and later citations.

any other case." *Vasconcelo v. Miami Auto Max, Inc.*, 981 F.3d 934, 942 (11th Cir. 2020); *see also Casso-Lopez v. Beach Time Rental Suncoast, LLC*, 335 F.R.D. 458, 461-62 (M.D. Fla. 2020); *Dicomo v. KJIMS Dev. Co., Inc.*, No. 2:16-cv-327-FtM-99CM, 2016 WL 6678420, at *1 (M.D. Fla. Nov. 14, 2016) ("[T]he parties may dismiss [an FLSA] case in its entirety pursuant to the Joint Stipulation for Dismissal With Prejudice without further action from the Court as it is unconditional and self-executing.").

Accordingly, this action is dismissed with prejudice. The Clerk is directed to enter judgment, with each party to bear their own fees and costs, deny all pending motions, terminate all scheduled events, and close the case.

**ORDERED** in Fort Myers, Florida on June 11, 2025.

Kyle C. Dudek
United States Magistrate Judge